**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

Janis Evans,                                          Civil No. 08-3777 (RHK/JJK)

         Plaintiff,                           **DISQUALIFICATION AND
ORDER FOR REASSIGNMENT**

vs.

Wyeth, Inc., et al.,

         Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.  The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: July 1, 2008

                                                 s/Richard H. Kyle
                                                 RICHARD H. KYLE
                                                 United States District Judge